IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LEON DUNCAN, )
)
    Plaintiff, )
)
v. ) CASE NO. CV420-019
)
OFFICER JACKSON, COI, )
)
    Defendant. )
)

O R D E R

Before the Court is the Magistrate Judge's April 13, 2021, Report and Recommendation (Doc. 4), to which Plaintiff has not filed objections. After a careful de novo review of the record, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case. Therefore, Plaintiff's complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED** this 24th day of June 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA