# United States District Court
## Southern District of Georgia

LEON DUNCAN,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV420-19

OFFICER JACKSON, COI,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated 6/24/21, adopting the Magistrate Judge's Report and Recommendation as the Court's opinion, Plaintiff's Complaint is dismissed without prejudice. This case stands closed.

| 6/24/21 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *signature* |
| | (By) Deputy Clerk |